```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA,       )
                                )  Criminal No. 10 CR 10091 RWZ (RBC)
           v.                   )
                                )
CHRISTOPHER RODRIGUEZ,          )  VIOLATIONS:
    A/k/a "P"                   )
                                )  21 U.S.C. § 841(a)(1)--
                                )  Distribution of
                                )  Cocaine Base
                                )
                                )  18 U.S.C. § 2 --
                                )  Aiding and Abetting
                                )
                                )  21 U.S.C. § 860 --
                                )  Distribution of a
                                )  Controlled Substance
                                )  Within 1000 Feet of a
                                )  School
                                )
                                )  21 U.S.C. § 853--
                                )  Criminal Forfeiture
                                )
                                )  18 U.S.C. § 922(g)(1)--
                                )  Felon in Possession of
                                )  a Firearm and Ammunition

## INDICTMENT

**COUNT ONE:** (21 U.S.C. § 841(a)(1)--Distribution of Cocaine Base; 18 U.S.C. § 2--Aiding and Abetting)

The Grand Jury charges that:

On or about October 1, 2009, at Boston in the District of Massachusetts,

**CHRISTOPHER RODRIGUEZ, A/K/A "P",**

the defendant herein, did knowingly and intentionally possess with intent to distribute and distribute a quantity of cocaine base, a Schedule II controlled substance.

The Grand Jury further alleges that the offense described herein was committed by the defendants within one thousand feet of the real property comprising a school, more particularly, the John P. Holland School located at 85 Olney Street in Dorchester, Massachusetts, in violation of Title 21, United States Code, Section 860.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18 U.S.C. §2.

## **FORFEITURE ALLEGATION**
### (21 U.S.C. § 853)

The Grand Jury further charges that:

1.  As a result of the offense alleged in Count 1 of this Indictment,

**CHRISTOPHER RODRIGUEZ, A/K/A "P",**

defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violation.

2.  If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants --

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1.

3

All in violation of Title 21, United States Code, Section 853.

<u>COUNT TWO</u>:      (18 U.S.C. § 922(g)(1) -- Felon in Possession of a Firearm and Ammunition)

The Grand Jury charges that:

On or about October 1, 2009, at Boston, in the District of Massachusetts,

**CHRISTOPHER RODRIGUEZ, A/K/A "P",**

the defendant herein, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm and ammunition, to wit: a Makarov 9mm semiautomatic having an obliterated serial number and containing 7 rounds of .380 caliber ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL,

_____
FOREPERSON OF THE GRAND JURY


_____
JOHN A. WORTMANN, JR.
Assistant U.S. Attorney



DISTRICT OF MASSACHUSETTS                    March 25, 2010

    Returned into the District Court by the Grand Jurors and filed.

                                    _____
                                    Deputy Clerk
                                    3/25/2010 @ 12 31 pm